FLN (Rev. 4/2004) Deficiency Order                                                                                               Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DANIEL M PEREZ

    vs                                                    Case No. 3:07cv454/RV/EMT

JAMES R MCDONOUGH

## ORDER

Petitioner's **"DANIEL M PEREZ DC #781833/J2113L . . . ."** (received 12/05/2007), was referred to the undersigned with the following deficiencies:

    The document is not properly captioned for this court. Every paper filed after the petition must have the name of this court. The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing. To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned. *See* N.D. Fla. Loc. R. 5.1(B)(1).

    The document is not in proper form. The title of the pleading, motion, or other paper must immediately follow the style of the case and shall include a clear, concise and specific identification of the document being filed and the filing party. The body of the document should state the nature of the filing party's request and the relief sought from the court. *See* N.D. Fla. Loc. R. 5.1(B)(2).

    The first page of the document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida. Each subsequent page must have a margin of approximately one and one-fourth (1 1/4) inch.

    The document does not have a proper signature block. The typed or printed name and address of the party filing the document must be included with the original signature. *See* Fed. R. Civ. P. 11(a).

FLN (Rev. 4/2004) Deficiency Order                                                                                     Page 2 of 2

For these reasons, it is **ORDERED** that:

>The clerk shall file the document, but no further pleadings will be accepted unless they comply with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Florida.

**DONE and ORDERED** this 7th day of December 2007.


                                  /s/ *Elizabeth M. Timothy*
                                 **ELIZABETH M. TIMOTHY**
                                 **UNITED STATES MAGISTRATE JUDGE**

Case No. 3:07cv454/RV/EMT