IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL M. PEREZ,
    Petitioner,

vs.                        Case No.:  3:07cv454/RV/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 10, 2007. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Petitioner's notice to the court (Doc. 16), construed as a notice of voluntary dismissal, is **GRANTED** and this action dismissed without prejudice.

**DONE AND ORDERED** this 9th day of January, 2008.

                              /s/ _Roger Vinson_
                              **ROGER VINSON**
                              **SENIOR UNITED STATES DISTRICT JUDGE**